■ ESTELLE GLOUCESTER, as Administratrix of the Estate of HORACE GLOUCESTER, Deceased, Respondent, v. CITY OF NEW YORK, Appellant.— In an action to recover damages for wrongful death of the intestate and for injuries to his person and property, the appeal is from a judgment entered on a jury verdict in favor of respondent. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.